# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| William J. Lapetina : | |
| : | Case No.: 19-15864AMC |
| : | |
| Debtor(s) : | Chapter 13 |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on March 23, 2020, a true and correct copy of the <u>Amended Plan</u> was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims.

Very Truly Yours,

Date:   March 23, 2020

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire